UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAMINA MCKENZIE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01620-CDB<br><br>ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2-3) |

  Plaintiffs Adamina McKenzie and Elliot McKenzie ("Plaintiffs"), proceeding pro se, filed this civil action on November 17, 2023. (Doc. 1). Neither Plaintiff has paid the $402.00 filing fee, but each Plaintiff submitted an application to proceed in district court without prepaying fees or costs pursuant to 28 U.S.C. § 1915. (Docs. 2-3). The Court finds Plaintiffs have made the showing required by § 1915, and the request to proceed *in forma pauperis* shall be granted.

  As to the status of their complaint, Plaintiffs are advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint proceeding *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §

1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiffs' complaint will be screened in due course. If appropriate after the case has been screened, the Clerk of Court will provide Plaintiffs with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' applications to proceed *in forma pauperis* (Docs. 2-3) are GRANTED.

IT IS SO ORDERED.

Dated: **November 27, 2023**

UNITED STATES MAGISTRATE JUDGE